IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
SHAWN MAXMILLION          )
McDANIEL,                 )
                          )
     Plaintiff,           )
                          )     CIVIL ACTION NO.
     v.                   )     1:14cv1176-MHT
                          )          (WO)
HONORABLE JUDGE PETERSON, )
et al.,                   )
                          )
     Defendants.          )
```

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, an inmate at the Henry County jail facing criminal prosecution, filed this lawsuit against alleging that the defendant judges, district attorney, and court-appointed counsel have denied his right to be free from excessive bail and that his court-appointed counsel is failing to provide the effective assistance of counsel. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed. There are no objections to the

recommendation.    After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 2nd day of February, 2015.

<u>   /s/ Myron H. Thompson   </u>
UNITED STATES DISTRICT JUDGE